**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 107 MM 2019 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DANIEL CASEY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

AND NOW, this 7th day of January, 2020, the Joint Application for Extraordinary and Emergency Relief (Including Stay of Proceedings) Pursuant to King's Bench Power and/or Plenary Jurisdiction" is DENIED.